UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| TRAVCO INSURANCE COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>ROKESHIA JONES, JAMIE GASPER, EVETTE OSUEGBU, and ALWAYZ KARE, INC.,<br><br>    Defendants. | Case No. 22-cv-2462-JPG |

## **JUDGMENT**

This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is entered against plaintiff TravCo Insurance Company on its request for a declaration that there is no duty under Homeowners Policy No. 606541583 633 1 to defend defendants Rokeshia Jones and Jamie Gasper in the underlying case of *Osuegbu v. The Travelers Companies, Inc.*, No. 2022 LA 928, in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois;

IT IS FURTHER ORDERED AND ADJUDGED that plaintiff TravCo Insurance Company's request for a declaration that there is no duty to indemnify in the underlying case of *Osuegbu v. The Travelers Companies, Inc.*, No. 2022 LA 928, in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois, is dismissed without prejudice; and

IT IS HEREBY DECLARED that:

Under Homeowners Policy No. 606541583 633 1, plaintiff TravCo Insurance Company has a duty to defend its insureds, defendants Rokeshia Jones and Jamie Gasper, in the underlying lawsuit of *Osuegbu v. The Travelers Companies, Inc.*, No. 2022 LA 928, brought by defendants Evette Osuegbu and Alwayz Kare, Inc. in the Circuit Court for the Third Judicial Circuit, Madison County, Illinois.

**DATED: November 6, 2024**

                                              **MONICA A. STUMP, Clerk of Court**

                                              <u>s/Tina Gray, Deputy Clerk</u>

**Approved:**    <u>s/ J. Phil Gilbert</u>
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**